Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
David M. Medby (SBN 227401)
DMedby@InitiativeLegal.com
Sang Park (SBN 232956)
SPark@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Trudy Lawler

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY LAWLER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOOTS RETAIL USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  EDCV-11-0395 VBF (OPx)<br><br>[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)<br><br>Complaint Filed:  February 4, 2011<br>Trial Date:         April 9, 2012 |

///

///

///

## [PROPOSED] ORDER

Based on the foregoing, and having considered the Joint Stipulation of the Parties and good cause appearing, the Joint Stipulation is hereby **GRANTED.**

**IT IS ORDERED THAT** the matter is dismissed without prejudice as to the class claims and with prejudice as to Plaintiff's individual claims.

The Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of this Settlement Agreement and all orders and judgments entered in connection therewith, and the Parties and their counsel submit to the jurisdiction of the Court for purposes of interpreting, implementing, and enforcing the settlement embodied in the Settlement Agreement and all orders and judgments entered in connection therewith.

Dated: August 8, 2011

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE